**No. 59902.**—Novelty Veiling Co., Inc. *v.* United States, protests 280255–K and 278358–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59903.**—Bemo Shipping Co. et al. *v.* United States, protests 281568–K (A), etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk scarves or squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the merchandise was held dutiable as follows: (1) The items entered or withdrawn from warehouse for consumption prior to June 6, 1951, at 35 percent ad valorem under paragraph 1210, as modified by T. D. 51802; and (2) the items entered or withdrawn from warehouse for consumption on and after June 6, 1951, at 32½ percent under said paragraph, as modified by T. D. 52739.

**No. 59904.**—Cohn Hall Marx Co. et al. *v.* United States, protests 134556–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics, bleached, valued at more than $5.50 per pound, the same in all material respects as those the subject of *United States* v. *C. M. Gourdon, Inc.* (43 C. C. P. A. 4, C. A. D. 601), the claim of the plaintiffs was sustained.

**No. 59905.**—A. L. Erlanger Co., Inc. *v.* United States, protest 209174–K (New York).